IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| UNITED STATES OF AMERICA | § | |
| --- | --- | --- |
| | § | |
| | § | CASE NUMBER 1:97-CR-00041-TH |
| v. | § | |
| | § | |
| | § | |
| JOSEPH ANTOINE LEE JR. (2) | § | |
| | § | |

### ORDER ADOPTING REPORT AND RECOMMENDATION
### OF UNITED STATES MAGISTRATE JUDGE

Before the court is a report and recommendation of the United States magistrate judge regarding the Defendant's competency for trial. The parties have not filed objections to the report, and waived the fourteen-day objection period on the record at the hearing conducted on January 20, 2017.

Having conducted an independent review, the court concludes that the Defendant is competent to stand trial because he is able to understand the nature and consequences of the proceedings against him, and able to assist his attorney in his defense. It is therefore

**ORDERED** that the report and recommendation of the United States magistrate judge on the Defendant's competency to stand trial is **ADOPTED**. It is further **ORDERED** that the Defendant, Joseph Antoine Lee, Jr. (2), is competent. The speedy trial time shall be excluded from August 26, 2016 until the date of this order.

**SIGNED** this the 23 day of **January, 2017.**

_____
Thad Heartfield
United States District Judge